1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARVIN SHADD, ET AL.,** <br><br> Plaintiffs, <br><br> vs. <br><br> **COUNTY SACRAMENTO, ET AL.,** <br><br> Defendants. | No. 2: 12-cv-02834-MCE-KJN <br><br> **ORDER EXTENDING THE TIME FOR SERVICE OF THE COMPLAINT [Local Rule 144, FRCP, Rule 4(m) and 6(b)]** <br><br> Courtroom:   Ctrm. 7, 14th Floor <br> Judge:          Hon. Morrison C. England, Jr. <br> Trial Date:    Not Yet Assigned. <br> Complaint Filed: November 19, 2012 |

1    This Court is in receipt of Plaintiffs' Ex Parte Application to Extend the Time for
2  Service of the Complaint.   (ECF No. 7.)  In light of Plaintiffs initial request for
3  extension and for good cause shown in the declaration of Plaintiffs' counsel, it is hereby
4  ORDERED that the time for service of the complaint on defendants is extended until
5  July 17, 2013.
6    IT IS SO ORDERED.
7  Dated:    March 1, 2013

   _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT JUDGE