# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SHADD; ORLINDO MYLES; CARL C. RANDOLPH; VERNON TIDWELL; JOSEPH ANTHONY NUÑEZ; GAGE QUINONES,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; VERNE L. SPEIRS, Chief Probation Officer of Sacramento County from 1993-2009, in his official and individual capacities; ARROYO, in his official and individual capacities; BALLAS, in official and individual capacities;  RONALD EARP, in his official and individual capacities; GREENHALL, in official and individual capacities; HEINZ, in official and individual capacities; LOPEZ, in official and individual capacities; SANCHEZ, in her official and individual capacities; CARLOS SMITH, in his official and individual capacities; TIARA, in her official and individual capacities; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Consolidated Case No. 2:12-cv-002834-MCE-KJN<br><br>**ORDER EXTENDING THE TIME FOR SERVICE OF THE COMPLAINT [FRCP, Rule 4(m) and 6(b)]**<br><br>Courtroom:     Ctrm. 7, 14th Floor<br>Judge:             Hon. Morrison C. England, Jr.<br>Trial Date:      Not Yet Assigned.<br>Complaint Filed:    November 19, 2012<br>2nd Amended Complaint Filed: 9/13/2013 |
| TYLER COSTA; MARQUISE ZEIGLER; RENEE DELGADO; ROBERT REMEL; ANGELO MARTINEZ; STEPHEN BAUMANN; TONY | Closed Case No. 2:12-cv-02836-MCE-KJN (Consolidated with Case No. 2:12-cv-002834-MCE-KJN) |

1

| | |
|---|---|
| JIMENEZ; SAGE LOPEZ,<br><br>      Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SACRAMENTO; VERNE L. SPEIRS, Chief Probation Officer of Sacramento County from 1993-2009, in his official and individual capacities; BARKER, in official and individual capacities; BOSS, in his official and individual capacities; JOSE CERVANTES, in his official and individual capacities; CHAVEZ, in his official and individual capacities; MARCOS DIAZ, in his official and individual capacities; FRAZIER, in his official and individual capacities; HACKETT, in his official and individual capacities; HILL, in official and individual capacities; JOHNSTON, in official and individual capacities; JOSEPH KURYLLO, in his official and individual capacities; MICHAEL OCAMPO, in his official and individual capacities; RONALD PARKER, in his official and individual capacities; PERALTA, in her official and individual capacities; RESSINO, in his official and individual capacities; JAMES TERRELL, in his official and individual capacities; DARLISHA WILBON, in her official and individual capacities; ANDREW YOUNG, in his official and individual capacities; and DOES 1 TO 100, inclusive,<br><br>      Defendants. | |
| MELOSHA FIELDS; MELVIN FIELDS; DALE GROSSER; GUILLERMO RICHARD RUIZ;<br><br>      Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SACRAMENTO; VERNE L. SPEIRS, Chief Probation Officer of Sacramento County from 1993-2009, in his official and individual capacities;BALLS, in his official and individual capacities; JOSE CERVANTES, in his official and individual capacities; CHOW, in official and individual capacities; FRAZIER, in his official and individual capacities; and DOES 1 TO | Closed Case No. 2:12-cv-02862-MCE-KJN (Consolidated with Case No. 2:12-cv-002834-MCE-KJN) |

| | |
|---|---|
| 100, inclusive,<br><br>　　　　　Defendants.<br>TRAVIS FORD; ALICIA KAFKA; QUIONA LIM; EMMANUEL RODRIGUEZ; ERIN CRAWFORD; BILLY NELSON,<br><br>　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>COUNTY OF SACRAMENTO; VERNE L. SPEIRS, Chief Probation Officer of Sacramento County from 1993-2009, in his official and individual capacities; BALLAS in his official and individual capacities; JOSE CERVANTES, in his official and individual capacities; LOPEZ in official and individual capacities; PERALTA, in her official and individual capacities; SANCHEZ, in her official and individual capacities; DARLISHA WILBON, in her official and individual capacities; and DOES 1 TO 100, inclusive,<br><br>　　　　　Defendants. | Closed Case No. 2:12-cv-02837-MCE-KJN (Consolidated with Case No. 2:12-cv-002834-MCE-KJN) |

1  On July 17, 2013, plaintiffs in this consolidated action, by and through their respective counsels of record, filed a Motion to Extend the Time for Service of the Complaints. (ECF Document No. 32.) On August 8, 2013, defendant, County of Sacramento, Verne L. Speirs and Don Meyer filed a Statement of Non Opposition to Plaintiffs' Motion. (ECF Document No. 34.)

Based on the pleadings and good cause appearing, the Court hereby grants the Motion. (Document No. 32.) It is hereby ORDERED that the time for service of the complaint on defendants Barker, Hill, Johnston, Peralta, Ressino, Chavez, Boss, Hackett, Young, Ocampo, Arroyo, Ballas, Greenhall, Heinz, Lopez, Sanchez, Tiara, Balls, and Rivera is extended for 120 days from the signing of this Order. Because the Court granted the parties' Motion to Extend the Time for Service of the Complaints, the November 14, 2013 hearing is VACATED.

**IT IS SO ORDERED.**

**Dated: September 20, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT