UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SHADD, et al., | No. 2:12-cv-02834-MCE-KJN |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On February 27, 2014, this Court granted in part and denied in part with leave to amend Defendants' Motion to Dismiss, ECF No. 59. Order, Feb. 27, 2014, ECF No. 67. Plaintiffs were given one final opportunity to file an amended consolidated Complaint and were instructed that the failure to timely file a Fourth Amended Complaint would result, without further notice to the parties, in the dismissal of certain parties and claims with prejudice. See id.  Plaintiffs failed to file an amended Complaint within the time permitted.  Therefore, the parties and causes of actions dismissed in that Order are DISMISSED WITH PREJUDICE.

Those Defendants who have not yet responded to Plaintiffs' Third Amended Complaint, ECF No. 55, are ordered to do so within fourteen (14) days of the electronic filing of this Order.  In addition, within thirty (30) days of the electronic filing of this Order, all parties are ordered to prepare and submit to the Court one consolidated joint status

report that includes a Rule 26(f) discovery plan, as well as the other information required by this Court's November 20, 2012 Order Requiring Joint Status Report. See ECF No. 5 at 2-3.[1]  Upon receipt of that status report, the Court will issue a Pretrial Scheduling Order.

    IT IS SO ORDERED.

Dated: March 25, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] As the parties are well aware, four separate actions (*Ford*, *Costa*, *Fields*, and *Shadd*) have been consolidated for pretrial purposes. See Order, ECF No. 28. The parties were directed that all pretrial documents for the four matters are to be filed on the Shadd docket. Id.  Thus, the parties are directed to file a single consolidated status report encompassing all four actions.  However, to the extent that any information provided in the status report does not pertain to all four cases, the parties must clearly indicate to which action it pertains, including, but not limited to, the parties' Rule 26(f) discovery plan and proposed dates for final pretrial conferences and trials.