Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
**Law Office of Mark E. Merin**
1010 F Street, Suite 300
Sacramento, California  95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:         mark@markmerin.com
                paul@markmerin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARVIN SHADD, et al.<br><br>              Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>              Defendants. | Consolidated Case No. 2:12-cv-02834-MCE-KJN<br><br>**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER** (Local Rule 182) |

        Pursuant to Local Rule 182 of the United States District Court for the Eastern District of California, Dan Siegel (the "Withdrawing Attorney") partner in the law firm of Siegel & Yee hereby notifies the parties and the Court of his intent to individually and as a law firm to withdraw as attorney of record on behalf of Plaintiffs Carl C Randolph, Gage Quinones, Joseph Anthony Nunez, Orlindo Myles, Vernon Tidwell, Marvin Shadd, Alicia Kafka, Angelo Martinez, Billy Nelson, Dale Grosser, Emmanuel Rodriguez, Erin Crawford, Guillermo Richard Ruiz, Marquise Zeigler, Melosha Fields, Melvin Fields, Quiona Lim, Renee Delgado, Robert Remel, Sage Lopez, Tony Jimenez, Travis Ford, Tyler Costa, and Stephen Baumann ("Plaintiff") in the above-captioned action.

        Dan Siegel, SBN 56400

        499 14th Street, Suite 300

        Oakland, CA  94612

        Telephone: (510) 839-1200

1

Facsimile: (510) 444-6698

Counsel of record for the following party: Carl C Randolph, Gage Quinones, Joseph Anthony Nunez, Orlindo Myles, Vernon Tidwell, Marvin Shadd, Alicia Kafka, Angelo Martinez, Billy Nelson, Dale Grosser, Emmanuel Rodriguez, Erin Crawford, Guillermo Richard Ruiz, Marquise Zeigler, Melosha Fields, Melvin Fields, Quiona Lim, Renee Delgado, Robert Remel, Sage Lopez, Tony Jimenez, Travis Ford, Tyler Costa, and Stephen Baumann

Please remove the attorney named above from the docket of this case.

This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action, as Plaintiffs have been and continue to be represented by **Law Office of Mark E. Merin** through Mark E. Merin (State Bar No. 043849) and Paul H. Masuhara (State Bar No. 289805). Accordingly, Withdrawing Attorney respectfully requests that this Court approve this withdrawal.

DATED: August 20, 2014

Respectfully Submitted,

By: _/s/ Dan Siegel_
Dan Siegel

Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER**
_Shadd v. County of Sacramento_; United States District Court, Eastern District of California, Case No. 2:12-cv-02834-MCE-KJN