1 | Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
2 | **LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
3 | Sacramento, California 95814
Telephone:    (916) 443-6911
4 | Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
5 |                    paul@markmerin.com

6 | Attorneys for Plaintiffs
MARVIN SHADD, ORLINDO MYLES, CARL C. RANDOLPH, VERNON TIDWELL, JOSEPH
7 | ANTHONY NUÑEZ, GAGE QUINONES, TYLER COSTA, MARQUISE ZEIGLER, RENEE
DELGADO, ROBERT REMEL, ANGELO MARTINEZ, STEPHEN BAUMANN, TONY JIMENEZ,
8 | SAGE LOPEZ, MELOSHA FIELDS, MELVIN FIELDS, DALE GROSSER, GUILLERMO RICHARD
RUIZ, TRAVIS FORD, ALICIA KAFKA, QUIONA LIM, EMMANUEL RODRIGUEZ, ERIN
9 | CRAWFORD, and BILLY NELSON

10 | **P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
11 | Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
12 | Sacramento, California 95825
TEL: 916.929.1481
13 | FAX: 916.927.3706

14 | Attorneys for Defendants
COUNTY OF SACRAMENTO and VERNE SPEIRS
15 |

RIVERA & ASSOCIATES
16 | 2180 Harvard Street, Suite 310
Sacramento, California 95815
17 | Tel: 916-922-1200 Fax: 916 922-1303
Jesse M. Rivera, SBN 84259
18 | Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
19 |

Attorneys for Defendants
20 | JAMES TERRELL, JOSE CERVANTES, RONALD PARKER, MARCOS DIAZ, DARLISHA
WILBON, JOSEPH KURYLLO, ADAM FRAZIER, CARLOS SMITH, JAVIER ARROYO, SEAN
21 | HACKETT, MICHAEL OCAMPO, ANDREW YOUNG, FRANCISCO RECINOS, CARL BALLS, and
RONALD EARP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| MARVIN SHADD, et al. | Consolidated Case No. 2:12-cv-002834-MCE-KJN |
|---|---|
| Plaintiffs, | |
| vs. | **JOINT REQUEST FOR ORDER GRANTING STIPULATION FOR DISMISSAL; ORDER THEREON** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

1

**JOINT REQUEST FOR ORDER GRANTING STIPULATION FOR DISMISSAL;ORDER THEREON**
*Shadd v. County of Sacramento*, U.S. District Court, Eastern District of California, Consolidated Case No. 2:12-cv-002834-MCE-KJN

| | |
|---|---|
| TYLER COSTA, et al. | Consolidated Case No. 2:12-cv-002834-MCE-KJN |
| Plaintiffs, | **JOINT REQUEST FOR ORDER GRANTING STIPULATION FOR DISMISSAL; ORDER THEREON** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| MELOSHA FIELDS, et al. | Consolidated Case No. 2:12-cv-002834-MCE-KJN |
| Plaintiffs, | **JOINT REQUEST FOR ORDER GRANTING STIPULATION FOR DISMISSAL; ORDER THEREON** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| TRAVIS FORD, et al. | Consolidated Case No. 2:12-cv-002834-MCE-KJN |
| Plaintiffs, | **JOINT REQUEST FOR ORDER GRANTING STIPULATION FOR DISMISSAL; ORDER THEREON** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On January 28, 2015, counsel for all parties to this litigation, which consists of four consolidated actions, convened for a day-long mediation before the Honorable Raul A. Ramirez (ret.). Terms of a settlement agreement and release were successfully negotiated through the mediation; however, the settlement was contingent upon the County of Sacramento Board of Supervisor's approval and plaintiffs' counsel obtaining the signatures and releases of all plaintiffs to these consolidated actions.

On February 24, 2015, the County of Sacramento Board of Supervisors approved the terms of the parties' negotiated settlement.

During the months of February and March, plaintiffs' counsel searched for and located the several plaintiffs to these actions, including some plaintiffs who resided or were incarcerated out-of-state, for the purpose of obtaining their consent to the terms of the negotiated settlement.

On April 3, 2015, the terms of the contingent settlement agreement between the parties were satisfied, and the settlement agreement was entered. A stipulation for dismissal was drafted and distributed to all parties' counsel for permission to sign and file.

On April 5, 2015, plaintiffs' counsel obtained permission to file, and did file, a stipulation for dismissal of these four consolidated actions, pursuant to the terms of the negotiated settlement and

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*See* ECF Doc. 83.)

Because all claims have been resolved through the settlement agreement, the parties respectfully request that this Court order the parties' stipulation for dismissal effective and close this matter.

Dated: April 8, 2015

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

By: /s/ Mark E. Merin
_____
Mark E. Merin

Attorney for Plaintiffs
MARVIN SHADD, ORLINDO MYLES, CARL C. RANDOLPH, VERNON TIDWELL, JOSEPH ANTHONY NUÑEZ, GAGE QUINONES, TYLER COSTA, MARQUISE ZEIGLER, RENEE DELGADO, ROBERT REMEL, ANGELO MARTINEZ, STEPHEN BAUMANN, TONY JIMENEZ, SAGE LOPEZ, MELOSHA FIELDS, MELVIN FIELDS, DALE GROSSER, GUILLERMO RICHARD RUIZ, TRAVIS FORD, ALICIA KAFKA, QUIONA LIM, EMMANUEL RODRIGUEZ, ERIN CRAWFORD, and BILLY NELSON

Dated: April 8, 2015

Respectfully Submitted,
PORTER | SCOTT

By: /s/ Derek J. Haynes
(as authorized on April 8, 2015)
_____
Derek J. Haynes

Attorney for Defendants
COUNTY OF SACRAMENTO and VERNE SPEIRS

Dated: April 8, 2015

Respectfully Submitted,
RIVERA & ASSOCIATES

By: /s/ Jesse M. Rivera
(as authorized on April 8, 2015)
_____
Jesse M. Rivera

Attorney for Defendants
JAMES TERRELL, JOSE CERVANTES, RONALD PARKER, MARCOS DIAZ, DARLISHA WILBON, JOSEPH KURYLLO, ADAM FRAZIER, CARLOS SMITH, JAVIER ARROYO, SEAN HACKETT, MICHAEL OCAMPO, ANDREW YOUNG, FRANCISCO RECINOS, CARL BALLS, and RONALD EARP

**ORDER**

GOOD CAUSE APPEARING, and in accordance with the foregoing stipulation of the parties, the Court hereby GRANTS the parties' stipulation for dismissal, filed with this Court on April 6, 2015, and further ORDERS that these four consolidated cases be dismisssed.  The Clerk of Court is ordered to close the file.

IT IS SO ORDERED.

Dated:  April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT